Agricultural problem Exceditional           We need to makevariable conditions to make sure that we make full bringt to ensure that we always have a real way that we do everything that we required to do. I mean, because I don't I just don't I don't  on On the ground  On the ground and there are all and yeah yeah well well you right oh your a  so so oh yes   what oh but what oh what you know the  yeah because it is very complicated. Okay.